IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| RICHARD HERRERA, #712197 | § | |
| VS. | § | CIVIL ACTION NO. 6:15cv440 |
| MICHAEL UNIT LAW LIBRARY, ET AL. | § | |

**ORDER OF DISMISSAL**

The above-entitled and numbered civil action was assigned to United States Magistrate Judge K. Nicole Mitchell, who subsequently issued a Report and Recommendation that Plaintiff's action be dismissed without prejudice for want of prosecution and failure to obey an order of the Court. A copy of the Report and Recommendation was sent to Plaintiff. The docket sheet reflects that the Clerk's office received an acknowledgment of receipt of the Report and Recommendation on September 11, 2015. Plaintiff did not file any objections, but he did write a letter to the Court requesting copies of certain documents. The docket sheet reflects that the Clerk's office mailed the requested documents to him. *See* Docket Entry # 9.

No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. Accordingly, **IT IS THEREFORE**

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITHOUT PREJUDICE**. Fed. R. Civ. P. 41(b); Rule 41, Local Rules for the Eastern District of Texas. All motions by either party not previously ruled on are hereby **DENIED**.

SIGNED this 9th day of February, 2016.

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE